UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE RITZ-CARLTON HOTEL COMPANY OF JAMAICA, LTD., | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CV-1146-CAP |
| ROSE HALL RESORT, L.P., | |
| Defendant. | |

**O R D E R**

This matter is before the court on the plaintiff's motion for leave to file documents under seal, in which the plaintiff requests that the court seal an unredacted copy of the international arbitral award at issue in this proceeding. The plaintiff requests sealing because the award "contains confidential commercial information regarding competitively sensitive, negotiated terms and pricing underlying the parties' business." For good cause shown, the plaintiff's motion for leave to file under seal is GRANTED. However, the court notes that it may reconsider sealing this document as this case progresses. The clerk is DIRECTED to file the arbitral award under seal.

SO ORDERED, this 12th day of April, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge